# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                          NO. 4:11CR00220-002 SWW

BLANCA DEJESUS CAMEY                                        DEFENDANT

## **ORDER**

The Court granted the government's oral motion made in open court on September 19, 2013, to dismiss indictment against defendant Blanca DeJesus Camey pursuant to Rule 48(a).

IT IS SO ORDERED that the government's oral motion to dismiss the indictment against defendant Blanca DeJesus Camey is ***GRANTED***, and the indictment pending against defendant Blanca DeJesus Camey is dismissed without prejudice.

DATED this 19th day of September 2013.

                                                     /s/Susan Webber Wright

                                                     UNITED STATES DISTRICT JUDGE